NOT FOR PUBLICATION                                                                                    (Doc. No. 16)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| LEOLA GOLEMBESKI | : | |
| Plaintiff, | : | Civil No. 11-02784 (RBK/JS) |
| v. | : | **ORDER** |
| MOORESTOWN TOWNSHIP PUBLIC SCHOOLS & MOORESTOWN TOWNSHIP BOARD OF EDUCATION | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on the motion of the Moorestown Township Board of Education ("Defendant") for summary judgment on the complaint of Leola Golembeski ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 56, and the Court having considered the moving papers and attached documents, and the responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff may proceed with her ADA claims, but the NJLAD claims are barred by the statute of limitations.

Dated: 3/13/2013

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge